# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

BIANKA TERESA VALVERDE
CANTILLO,

          Petitioner,

          v.

WARDEN, ADELANTO
DETENTION FACILITY, et al.,

          Respondents.

Case No. 5:26-cv-01200-RGK-MBK

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the petition (2) a writ of habeas corpus be issued requiring Petitioner's forthwith release and preventing Respondents from re-detaining

Petitioner absent notice and a hearing; and (3) requiring Respondents to file a status report within seven (7) days to confirm that Petitioner has been released from custody.

DATE: 4/17/2026

_____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE