JS6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANKA TERESA VALVERDE CANTILLO, | Case No. 5:26-cv-01200-RGK-MBK |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, ADELANTO DETENTION FACILITY, et al., | |
| Respondents. | |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: 4/17/2026



_____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE